# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF MISSISSIPPI
## WESTERN DIVISION

**UNITED STATES OF AMERICA**                                               **PLAINTIFF**

**V.**                             **No. 5:15cv12DCB-MTP**

**HUEY REYNOLDS**          **DEFENDANT**

**AND**

**ANS SERVICES, LLC.**          **GARNISHEE**

## ORDER QUASHING GARNISHMENT

This cause came on for consideration on a motion of the United States Attorney to quash the Motion to Quash Garnishment, (Doc. #12) issued in this action on the grounds that the Defendant is no longer employed by Garnishee.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued in this action on June 24, 2015, is hereby quashed, and the garnishee, ANS Services, LLC., is hereby dismissed.

ORDERED AND ADJUDGED this  22nd  day of  July  , 2015.

                                              s/David Bramlette
                                              HONORABLE DAVID BRAMLETTE, III
                                              UNITED STATES DISTRICT JUDGE